PACE PRESS, INC., Respondent, v. PROFESSIONAL JOURNALS, INC., EXPOSITION PUBLICATIONS, INC., and THOMAS R. GARDINER, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of a copy of the order with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

### (May 29, 1939.)

MARIE HALPER ROBINSON and VICTOR ROBINSON, as Executors, etc., of WILLIAM J. ROBINSON, Deceased, Appellants, v. EUGENICS PUBLISHING COMPANY, INCORPORATED, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Liquidation of NEW YORK TITLE AND MORTGAGE COMPANY. In the Matter of Plan for Reorganization of Series C-2. In the Matter of Plan for Reorganization of Series F-1. In the Matter of Plan for Reorganization of Series B-K. COMMITTEE OF STOCKHOLDERS OF NEW YORK TITLE AND MORTGAGE COMPANY, NEW YORK TITLE AND MORTGAGE CORPORATION, in Dissolution, and WILLIAM P. CLARK. GOLDEN HILL BUILDING CORPORATION, a Stockholder. LOUIS H. PINK, Superintendent of Insurance, as Liquidator of NEW YORK TITLE AND MORTGAGE COMPANY, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See ante, p. 19.] Present — O'Malley, Townley, Dore and Callahan, JJ. [See post, p. 933.]

In the Matter of MARGARET McCUE, AGNES C. MAHONEY, MARY FISHER, SALLY BRIGHTMAN and LENA DEPLEAIS and Others Similarly Situated against PAUL J. KERN and Others, as Members of the Municipal Civil Service Commission, and WILLIAM HODSON, Commissioner of the Department of Welfare, and DOROTHY M. FLEMING and Others Similarly Situated.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

### SECOND DEPARTMENT, MAY, 1939.
### (May 1, 1939.)

In the Matter of the Judicial Settlement of the Account of Proceedings of GEORGE R. ROE and Another, as Executors, etc., of GELSTON G. ROE, Deceased, Appellants; PIERSON R. HILDRETH, as Receiver in Proceedings Supplementary, etc., Respondent.— Motion to dismiss appeal denied, without costs. (Matter of Gilbert, 104 N. Y. 200, 205.) Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Resignation of WILLIAM H. SIEBRECHT, JR., an Attorney and Counsellor at Law.— Resignation as attorney and counsellor at law accepted and his name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.